IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

------------------------------------------------------------X

SEAN JELEN,
individually and on behalf of a class,

        Plaintiffs,

     v.

TD BANK, NA,

        Defendant.

------------------------------------------------------------X

7:10-cv-3553-SCR

Judge Robinson

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sean Jelen hereby dismisses his individual claims against TD Bank, N.A. with prejudice, and dismisses the class claims against Defendant without prejudice, and without costs, with each party to bear its own attorney's fees.

Respectfully Submitted,

s/Daniel A. Edelman
Daniel A. Edelman

*Case Closed*

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

SO ORDERED:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
7/26/10

1